**Order filed February 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-06-00718-CV
_____

### JOEL MALLORY, Appellant

### V.

### WASHINGTON MUTUAL, N.A AND MANN & STEVENS, P.C, Appellees

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-00431**

## O R D E R

On January 25, 2007, this court abated this appeal because appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 07-30383. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed October 19, 2010. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM